UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. HOMAYOON KAZEROONI,

    PLAINTIFF,

                              CASE NO. 05-72616

V.

                              HONORABLE ARTHUR J. TARNOW

INGERSOLL-RAND COMPANY,        UNITED STATES DISTRICT JUDGE

    DEFENDANT.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS II & III AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNT I

Having read the parties briefs and listened to the arguments presented by the parties at hearing on June 26, 2006, for the reasons stated on the record

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings is **GRANTED** causing the claims of Trade Secret Misappropriation and Unjust Enrichment to be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **DENIED** and the Plaintiff's breach of contract claim shall remain to be interpreted under the laws of California.

**IT IS FURTHER ORDERED** that discovery will end Friday September 29, 2006.

                              s/Arthur J. Tarnow
                              Arthur J. Tarnow
                              United States District Judge

Dated: June 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

        s/Theresa E. Taylor
        Case Manager