```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MICHIGAN
                   SOUTHERN DIVISION
```

HOMAYOON KAZEROONI, Dr.,

    Plaintiff(s),

v

                                                  Case No. 05-72616

INGERSOLL-RAND COMPANY

                                                  HONORABLE ARTHUR J. TARNOW

    Defendant(s).                  UNITED STATES DISTRICT JUDGE

_____/

## ORDER OF DISMISSAL

    At a session of said Court, held in the U.S. Courthouse and Federal Building, at Detroit, Michigan, on

        November 29, 2006

    PRESENT:  HONORABLE ARTHUR J. TARNOW
                  UNITED STATES DISTRICT JUDGE

    The Court having been advised by counsel for the parties that the above-entitled action has been settled, therefore;

    **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of the plaintiff, upon good cause shown, within 30 days, to move to vacate this Order if settlement is not consummated.

                                      s/Arthur J. Tarnow
                                      Arthur J. Tarnow
                                      United States District Judge

Dated:   November 29, 2006

                                                                                          05-72616

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 29, 2006, by electronic and/or ordinary mail.

                                    s/Theresa E. Taylor
                                    Case Manager